UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 OCT -8  PM 5:22

CLERK
SO. DIST. OF GA

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT NO: |
| v. | VIO: 42 U.S.C. § 3631(a) |
| GENE HOYT VANDIVER | Interfering with Housing Rights |
| | 18 U.S.C. § 844(h)(1) |
| | Arson |

CR413-172

THE GRAND JURY CHARGES:

## COUNT ONE
*Interfering with Housing Rights*
42 U.S.C. § 3631(a)

Beginning on or about July 14, 2013, and continuing through on or about July 15, 2013, in Bryan County, within the Southern District of Georgia, the defendant, **GENE HOYT VANDIVER,** by burning a cross in the yard of G.M.R., did by force and threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with G.M.R and others, who the defendant **GENE HOYT VANDIVER** believed to be African-Americans, because of their race, and because they were occupying a dwelling.

All done in violation of Title 42, United States Code, Section 3631(a).

## COUNT TWO
*Arson*
18 U.S.C. § 844(h)(1)

Beginning on or about July 14, 2013, and continuing through on or about July 15, 2013, in Bryan County, within the Southern District of Georgia, the defendant, **GENE HOYT VANDIVER,** did willfully use fire to commit a felony offense prosecutable in a court of the United States, namely, the felony offense of interfering with the right to fair housing, as charged in Count One of this Indictment and incorporated herein.

All done in violation of Title 18, United States Code, Section 844(h)(1).

A True Bill.

_____
Foreperson

_____
Edward J. Tarver
United States Attorney

_____
James D. Durham
First Assistant United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Criminal Division Chief

_____
Tania D. Groover*
Assistant United States Attorney
*Denotes Lead Counsel

_____
E. Greg Gilluly*
Assistant United States Attorney
*Denotes Lead Counsel