IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　CASE NO. CR413-172
　　　　　　　　　　　　　　　　)
GENE HOYT VANDIVER,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　)
　　　　　　　　　　　　　　　　)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 50), to which no objections have been filed. However, Defendant has subsequently pled guilty in this case. (Doc. 57.) Accordingly, the report and recommendation is **DISMISSED AS MOOT**.

SO ORDERED this 13th day of June 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA